**\*\* E-filed January 19, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CERVANTES, et al.,<br><br>    Plaintiffs,<br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant.<br>_____/ | No. C10-05689 HRL<br><br>**ORDER ALLOWING COUNSEL TO WITHDRAW AND RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>[Re: Docket No. 6] |

On January 14, 2011, Robert Calleros, Jr. ("Calleros"), counsel for plaintiffs Maria Cervantes ("Cervantes") and Moises Villalobos ("Villalobos"), filed a notice alerting the Court that Calleros would withdraw as attorney for Cervantes and Cervantes would, from that point forward, represent herself *pro se*. Docket No. 6. Although this notice was signed by both Calleros and Cervantes, Calleros may not withdraw from this action without this Court's permission. N.D. CAL. CIV. L. R. 11-5(a). However, as the notice indicates that Cervantes agrees to represent herself *pro se*, the Court will allow Calleros to withdraw as her attorney.[1]

In addition, the parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than January 25, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for

---

[1] This order does affect the status of Calleros's representation of Villalobos.

Reassignment to a United States District Judge. *See* N.D. CAL. CIV. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 19, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05689 HRL Notice will be electronically mailed to:**

Eric D. Houser            scleere@houser-law.com
Lukasz Iwo Wozniak    lwozniak@houser-law.com, knguyen@houser-law.com

**Notice will be provided by other means to:**

Robert Joseph Calleros , Jr
Law Office of Robert J. Calleros Jr.
111 N. Market St.
#1010
San Jose, CA 95113

Maria Cervantes
92 Alexander Court
San Jose, CA 95116

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**