# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA CERVANTES; MOISES VILLALOBOS, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK,; and DOES 1-100 inclusive, <br><br> Defendants. | CASE NO.: 5:10-cv-05689-EJD <br><br> Assigned to: Hon. Edward J. Davila <br><br> [PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION TO DISMISS ACTION FOR FAILURE TO TIMELY AMEND AND DELAY IN PROSECUTION <br><br> [F.R.C.P. 41(b)] <br><br> Date: June 24, 2011 <br> Time: 9:00 a.m. <br> Crtrm: 1, 5th Floor |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee under Pooling and Servicing Agreement Dated as of July 1, 2006 Securitized Asset-Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3's, erroneously sued herein as WELLS

FARGO BANK'S ("Defendant") ex parte application for order shortening time to hear Defendant's motion to dismiss the above-referenced matter is GRANTED for good cause shown. Defendant's motion to dismiss previously set for September 2, 2011 is advanced to June 24, 2011 at 9:00 a.m. in Courtroom 1, Fifth Floor of the above-entitled Court located at 280 South 1st Street, San Jose, California 95113. Plaintiffs' opposition is due by June 6, 2011. Defendant's reply is due by June 13, 2011.

**IT IS SO ORDERED.**

Dated: May 24, 2011, 2011



Edward J. Davila
United States District Judge

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF SAN DIEGO        )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Road, Suite 200, Carlsbad, CA 92011.

On May 23, 2011, I served the following document(s) described as follows:

**[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION TO DISMISS ACTION FOR FAILURE TO TIMELY AMEND AND DELAY IN PROSECUTION**

On the following interested parties in this action:

Maria Cervantes
Moises Villalobos
92 Alexander Court
San Jose, CA  95116
*Plaintiffs in Pro Per*

☒  **VIA FIRST CLASS MAIL**—CCP §§ 1013(a); 2015.5 and/or FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Carlsbad, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2011, at Carlsbad, California.

_____
Sondra Kilgore